**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DUENAS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTRYWIDE HOME LOANS, ) <br> INC., BANK OF AMERICA ) <br> HOME LOANS; MORTGAGE ) <br> ELECTRONIC REGISTRATION ) <br> SYSTEMS, INC.; and ) <br> RECONTRUST COMPANY ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. EDCV 09-01834 VAP (VBKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>November 13, 2009</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge